IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY WINKLER  :
and  :
CHARLES WINKLER,  :
       Plaintiffs,  :
    :  Civil No. 5:23-cv-00958-JMG
v.  :
  :
SAXTON & STUMP,  :
       Defendant.  :

**ORDER**

**AND NOW,** this 16th day of August, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                George Wylesol
                                                Clerk of Court

                                                By:

                                                */s/ Brian R. Dixon*
                                                Brian R. Dixon
                                                Deputy Clerk to Judge John M. Gallagher